IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGETTE M. BRADY, Individually and as Executrix of the Estate of David V. Brady,**  **Plaintiff,** | **CIVIL ACTION** |
| v. | NO. 15-4099 |
| **AIRGAS, INC.,**  **Defendant.** | |

## O R D E R

**AND NOW**, this 30th day of October, 2015, upon consideration of defendant's Motion to Dismiss the Complaint for Failure to State a Claim on which Relief May Be Granted (Doc. No. 2, filed September 24, 2015) and plaintiff's Response to Defendant's Motion to Dismiss Complaint for Failure to State a Claim on which Relief May Be Granted (Doc. No. 4, filed October 8, 2015), for the reasons set forth in the accompanying Memorandum dated October 30, 2015, **IT IS ORDERED** that defendant's Motion to Dismiss the Complaint for Failure to State a Claim on which Relief May Be Granted is **DENIED**.

**IT IS FURTHER ORDERED** that a preliminary pretrial telephone conference will be scheduled in due course.

BY THE COURT:

/s/ Hon. Jan E. Dubois
_____
DuBOIS, JAN E., J.